DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE ESTATE OF JULES REICH, RHANDI KAHN,** individually, **RHK JSR HOLDINGS, LLC, PALM BEACH SOMERSET, LLC, THE DUNES AT WPB, LLLP,** a Florida limited liability limited partnership, **THE DUNES AT WPB GP INC.,** a Florida corporation, **THE GRAND ISLES AT WPB, GP, INC.,** a Florida corporation, and **MJRM BOCA LLC,** a Florida limited liability company,
Appellants,

v.

**GARY SMITH,** individually,
Appellee.

No. 4D17-2605

[May 9, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502012CA010682XXXXMB.

Aram Caldarera Bloom of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, West Palm Beach, and Andrew M. Dector of Shapiro, Blasi, Wasserman & Hermann, P.A., Boca Raton, for appellants The Estate of Jules Reich, The Grand Isles at WPB, GP, Inc. and RHK JSR Holdings, LLC.

Douglas F. Eaton of Eaton & Wolk, PL, Miami, for appellee.

PER CURIAM.

*Affirmed.  See Cardegna v. Buckeye Check Cashing, Inc.*, 930 So. 2d 610 (Fla. 2006) (citing *Buckeye Check Cashing, Inc. v. Cardegna,* 546 U.S. 440 (2006)).

MAY, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*